RECEIVED

OCT 21 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.6:15-00172-01** |
| **VERSUS** | **CHIEF JUDGE DRELL** |
| **JOAN C. EDGAR (01)** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation.  The defendant waived the fourteen day period within which to file written objections.  The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.  Accordingly;

The guilty plea of the defendant, Joan C. Edgar, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.  **IT IS THEREFORE ORDERED** that Joan C. Edgar is finally adjudged guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 21st day of October, 2016.

**DEE D. DRELL, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**