RECEIVED

MAR 21 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES** | **DOCKET NO.: 6:15-cr-00172** |
| **VERSUS** | |
| | **JUDGE DEE D. DRELL** |
| **JOAN C. EDGAR** | **MAG. JUDGE PEREZ-MONTES** |

### MEMORANDUM ORDER

Before the court is defendant Joan C. Edgar's Motion for Reconsideration of Sentence or Alternatively, an Extension of Time to Report and Request to Report Directly to Bureau of Prison Facility. (Doc. 65). The case cited by the United States in opposition to resentencing, United States v. Bridges, 116 F.3d 1110 (5th Cir.1997), is dispositive. Neither 18 U.S.C. §3582 nor Rule 35 of the Federal Rules of Criminal Procedure allow a modification of a previously imposed sentence in this instance. Therefore, as much as the court might like to grant the motion for convenience, it lacks jurisdiction to modify defendant's sentence. Accordingly, it is hereby

**ORDERED** that defendant's Motion for Reconsideration of Sentence or Alternatively, an Extension of Time to Report and Request to Report Directly to Bureau of Prison Facility (Doc. 65) is **GRANTED IN PART** and **DENIED IN PART**. Defendant's motion for reconsideration is **DENIED** and the hearing set for Wednesday, March 22, 2017 at 10:30 a.m. is **CANCELLED**. The defendant's motion to extend the deadline to self-report directly to a Bureau of Prisons facility is **GRANTED**. Within ten (10) days of the date of this order, counsel shall jointly file a notice advising of the date by which defendant may report to the actually BOP designated facility.

**SIGNED** at Alexandria, Louisiana this 21ˢᵉ day of March, 2017.

**DEE D. DRELL, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**